AUSA:   John O'Brien        Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint        Special Agent:   Mandy Wilson, DEA        Telephone:  (313) 234-4000

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.

D-1 Patrick McPhee NAGLE, and
D-2 Ryan Gregory PADUCH

Case No.

2:21-mj-30135
Judge: Unassigned,
Filed: 03-17-2021 At 12:11 PM
SEALED MATTER (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 15 and 17, 2021,_____ in the county of _____Oakland_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances. |
| 21 U.S.C. § 843 | Maintaining a Drug Involved Premises for the Purpose of Manufacturing and Distributing Controlled Substances. |
| 18 U.S.C. § 924(c) | Possession of Firearms in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

*Mandy Wilson*
_____
*Complainant's signature*

Mandy Wilson, Special Agent, DEA
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _March 17, 2021_____

_____
*Judge's signature*

City and state: _Detroit, MI_____

Patricia T. Morris, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Mandy Wilson, a Special Agent (SA) with the Drug Enforcement Administration (DEA), being duly sworn, depose and states as follows:

## I.   INTRODUCTION

1.   I have been employed as a Special Agent with DEA for 17 years and assigned to the Detroit Field Office. During your affiant's occupation as a Special Agent, your affiant has conducted and participated in hundreds of investigations into illicit trafficking, manufacturing and distribution of controlled substances. Your affiant's participation in same investigations resulted in the arrests and search and seizures related to federal narcotics trafficking, drug conspiracy and other drug related violations of federal narcotic laws.

2.   I have attended schools and/or received significant training and been instructed in many aspects of narcotics investigations. I am familiar with the laws promulgated under Title 21 of the United States Code.

3.   This affidavit contains information from numerous

sources including, but not limited to, my own personal participation in this investigation and my review and analysis of oral and written reports. This affidavit does not contain all the information known to law enforcement related to this investigation. This affidavit establishes probable cause that Patrick McPhee NAGLE and Ryan PADUCH violated 21 U.S.C. § 841(a)(1), manufacture of controlled substances and possession with intent to distribute controlled substances, possession of firearms in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c); maintaining a drug involved premises for the purpose of manufacturing and distributing controlled substances in violation of 21 U.S.C. § 843; and, conspiracy to possess with intent to distribute and to distribute controlled substances in violation of 21 U.S.C. § 846.

## II.   SUMMARY OF THE INVESTIGATION

4.   In February of 2021, Detectives of Oakland County Sheriff's Office Narcotics Enforcement Team (N.E.T.) received information regarding the drug trafficking activities of Patrick

McPhee NAGLE, an Oakland County, Michigan resident; arranging the processing, manufacturing and distribution of large scale quantities of methamphetamine (MDMA). In a joint investigation with DEA Detroit, the same information was shared with affiant.

5.    Information received from a confidential informant, (hereafter CS-1) identified Patrick NAGLE manufacturing and/or distributing MDMA from his residence located at XXX4 Rowland Avenue, Royal Oak, Michigan. A subsequent inquiry of this address revealed a Homeland Security investigation tip in which a FedEx package containing approximately one kilogram of MDP2P, (precursor for MDMA) was intercepted in November of 2019. The package was addressed to Ryan PADUCH at XXX4 Rowland Avenue, Royal Oak, Michigan. Affiant subsequently conducted a public database (CP CLEAR) inquiry, which revealed that Ryan Gregory PADUCH utilized the Rowland Avenue address as recently as January 29, 2021. Additionally, during this investigation, an alternate property associated with Patrick

NAGLE located at XXXX2 Michael Street, Wellston, Michigan, (Manistee County) was identified; same property was suspected to be utilized specifically for the manufacture of MDMA.

6.     A criminal history inquiry for Patrick NAGLE revealed that NAGLE entered two guilty pleas to Felony Controlled Substance, delivery/manufacture of ecstasy, MDMA on December 19, 2019 and August 6, 2020. Patrick NAGLE is currently on probation, as confirmed with the Michigan Department of Corrections. A recent criminal history check for Ryan Gregory PADUCH revealed no prior history.

7.     On February 15, 2021, Oakland County Narcotics Enforcement Team (N.E.T.) executed a State of Michigan search warrant at the Rowland Avenue address in Royal Oak, Michigan. Patrick NAGLE was in the living room of the residence and Ryan PADUCH in the basement of the residence when officers entered. NAGLE and PADUCH were secured without incident. A preliminary search of the residence revealed evidence of a clandestine laboratory environment, specifically, involving the

-4-

manufacturing of large quantities of MDMA for further distribution. Due to the hazardous materials located within the residence to include liquid substances, Oakland County N.E.T. immediately contacted Michigan State Police (MSP) Clandestine Lab Team, who subsequently responded to the location. The MSP Clandestine Lab Team immediately identified several precursor substances associated with the manufacture of MDMA as well as equipment/ingredients necessary to produce MDMA. In accordance with clandestine lab protocol, Environmental Services was contacted to dispose of hazardous materials used in the manufacturing process. In addition to the MDMA lab, detectives/officers additionally seized multiple weapons, large amounts of ammunition, a suspected drug ledger, packaging and paraphernalia used in the manufacture, packaging and distribution of illegal drugs. During the search at NAGLE's residence, detectives/officers located and seized the following items (the below weights are approximate):

-5-

a.  1,020 grams of MDMA located in/about the living room table. Field test (NARK) positive for MDMA.

b.  36.94 grams of MDMA located in Patrick NAGLE's bedroom safe. Field test (NARK) positive for methamphetamine/MDMA.

c.  6 grams of MDMA located in Ryan PADUCH's bedroom in a computer desk that also contained a handgun. Field test (NARK) positive for MDMA.

d.  5 gallons of MDMA liquid located in the garage. Field test (NARK) positive for MDMA.

e.  Large container labeled "Propylene Glycol" located in NAGLE's bedroom.

f.  Glock semi-automatic pistol, Model: 26, 9mm, Serial Number: ADNE928 registered to Ryan PADUCH and located in the bedroom believed to be PADUCH's.

g.  Heckler and Koch (H&K) semi-automatic pistol,

Model: P30, 9mm, Serial Number: 129677934; located in the bedroom believed to be PADUCH's.

h.    Smith & Wesson Rifle, .223 caliber, Model: M&P 15, Serial Number: TP60383 located in the bedroom believed to be PADUCH's.

i.    Maverick Arms 12-gauge shotgun, Serial Number: MV0366738 located in the third (southeast) bedroom.

j.    Chinese manufactured 12-gauge shotgun, Serial Number: MR19000255G located in the bedroom believed to be PADUCH's.

k.    Approximately 2,500 rounds of ammunition to include 9 mm, 12 gauge and .223 gauge, loaded gun magazines and an extended magazine for a 9 mm handgun.

l.    Keys belonging to NAGLE containing a key that opened a padlock and entry lock to a storage container in Manistee County.

      m.   Keys belonging to PADUCH containing a key
that opened a padlock and entry lock to a storage
container in Manistee County.

8.    The firearms and ammunition seized by Oakland
County NET and MSP were unsecured and easily accessible to
both NAGLE and PADUCH.  Additionally, the number of firearms
and their availability is consistent with my experience that the
guns were present to protect the ongoing drug operation at the
Rowland Avenue address.

9.    On February 17, 2021, as the investigation into Patrick
NAGLE and Ryan PADUCH's MDMA drug trafficking operation
continued, a second search warrant was executed on a storage
container located at XXXX2 Michael Road, Wellston, Michigan.

10.    Oakland County N.E.T. Detectives provided the MSP
Clandestine Lab Team with the keys obtained during execution of
the search warrant in Oakland County, Michigan from NAGLE
and PADUCH. Both keyrings contained a key that opened the

padlock and entry door to the storage container.

11.    Entry into the storage container revealed no occupants and a large scale MDMA lab, complete with laboratory grade equipment and chemicals.  The below listed items were seized from the shipping container.

    a. Approximately 70 containers of hazardous waste of various quantities of MDMA precursor chemicals; Disposed of in accordance with federal Drug Enforcement guidelines. Utilizing a "TruNarc" detection device, MSP certified clan lab personnel identified several precursor chemicals utilized in the MDMA production as well as several substances yielding positive MDMA results.

    b. Several shipping labels affixed to boxes (some containing hazardous labels) addressed to both NAGLE and PADUCH at the Royal Oak, Michigan residence. Affiant notes that the addressee names were variations of target subject names, "Patrick NAGLE" and "Ryan

PADUCH," believed to be used to intentionally conceal identities.

c. Dry erase board containing an ingredient list utilized in the production of MDMA, confirmed by a DEA chemist.

d. 369 rounds of .223/5/56 ammunition.

e. Firearm accessories for an AR style rifle and shotgun (magazine).

f. Eight boxes of 25ct Remington .12-gauge ammunition; 32 rounds of .12-gauge Black Aces Tactical ammunition

## III CONCLUSION

12.      Based upon the foregoing, probable cause exists that Patrick McPhee NAGLE and Ryan PAUCH possessed with intent to distribute controlled substances, within the Eastern District of Michigan, in violation of 21 U.S.C. §841. Further, that Patrick McPhee NAGLE and Ryan PADUCH violated 21 U.S.C. § 841(a)(1), manufacture of controlled substances, 18 U.S.C. § 924(c), possession of firearms in

furtherance of a drug trafficking crime;  21 U.S.C. § 843,

maintaining a drug involved premises for the purpose of

manufacturing and distributing controlled substances; and,

21 U.S.C. § 846 conspiracy to possess with intent to

distribute and to distribute controlled substances.


*Mandy Wilson*
_____
Special Agent Mandy Wilson
Drug Enforcement Administration


Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HONORABLE PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE


Dated: March 17, 2021

-11-